**No. 60310.**—Zanadu Mfg. Corp. and Gehrig, Hoban & Co., Inc. *v.* United States, protests 263028–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.